The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 21, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



**Dated: December 21, 2010**

**Arthur I. Harris
United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: | Michael J Zirneskie, Jr. XXX-XX-6252 | ) Chapter 13 Case No. 10-10002-H ) ) Hon. Arthur I. Harris ) |
| | Debtor | ) |

**ORDER DISMISSING CASE AND RELEASING
INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT**

This case came on for consideration by the Court upon the Trustee's Motion to Dismiss Case for Failure to Fund that was filed on November 12, 2010. No response was filed by the Debtor. The case is hereby dismissed due to the material default in the funding of the Plan by the Debtor.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

### SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Kevin M Ryan, Attorney for Debtor (served via ECF)

Michael J Zirneskie, Jr., Debtor
33115 Chestnut Ridge Road
North Ridgeville OH 44039

Dayton Freight Line Inc, Employer
Attn: Payroll, 6450 Poe Ave
Dayton OH 45414


CS/bas
12/21/10



###